**Yitzchak Zelman, Esq.,**
*Admitted Pro Hac Vice*
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE BEGG, individually and on behalf of all others similarly situated,**<br><br>                    Plaintiff<br><br>-against-<br><br>**THE RESET.COM, LLC,**<br><br>                    Defendant. | Civil Case No.: 3:20-cv-03179-EMC<br><br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

To:   Susan Y. Soong,
       Clerk of Court
       United States District Court
       450 Golden Gate Avenue
       San Francisco, CA 94102-3489

   Please enter the default of defendant, **THE RESET.COM, LLC**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend this action, as fully appears from the court file herein and from the attached affidavit of Yitzchak Zelman.

Dated:  August 24, 2020

---

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
**-1-**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>/s/ Yitzchak Zelman</u>
Yitzchak Zelman, Esq.
*Admitted Pro Hac Vice*
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Office:   (732) 695-3282
Fax:      (732) 298-6256
Email:    yzelman@MarcusZelman.com
Attorneys for Plaintiff