**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>THE RESET.COM, LLC,<br><br>Defendant | C.A. No.: 3:20-cv-03179-EMC<br><br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

   THAT pursuant to the parties' January 4, 2021 Notice of Voluntary Dismissal and the supplemental brief of January 11, 2021, the claims of the Plaintiff, Bruce Begg, are dismissed with prejudice, and the claims of the putative class members are dismissed without prejudice; and

   THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

1  **SO ORDERED THIS** \_\_\_\_12th\_\_\_\_ **day of** \_\_January\_\_\_\_, **2021.**

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE